

ENTERED
06/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE | § § |
| KEHINDE ADEYEMI ELEBUTE | § CIVIL ACTION NO. 4:18-CV-4504 § § § § |

### FINAL JUDGMENT

Appellant Kehinde Adeyemi Elebute filed an appeal from an order of the bankruptcy court on November 29, 2018. (Doc. No. 1.) On May 3, 2019, the Court held a hearing and dismissed the bankruptcy appeal.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth on the record at the May 3 hearing, final judgment is hereby **ENTERED** for Appellee Village Capital & Investment, LLC.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 11th day of June, 2019.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE